UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 04-CR-490 (MJD/JGL)

---

United States of America,

        Plaintiff,

v.

                              ORDER

Troy James Nadeau,

        Defendant.

---

     The above-entitled matter came before the Court pursuant to Defendant's motion to enlarge time in which to file objections and position regarding the presentence report without a hearing.  Based upon Defendant's motion and the Court being fully informed,

     IT IS HEREBY ORDERED Defendant shall have until September 9, 2005 within which to file objections to the presentence report and until September 16, 2005 to file Defendant's position regarding sentencing.

Dated: September 1, 2005                                                <u>s/ Michael J. Davis</u>
                                                                             Honorable Michael J. Davis
                                                                              United States District Court